

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/26/2013

IN RE: § Case No. 06-30121-H3-7

Challeng Construction

Debtor §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Application for Payment of Unclaimed Funds (Docket No. 741 ) is denied for the following reason(s):

1. _____  Applicant's signature is not notarized.

2. _____  Amount being requested is not the amount deposited on behalf of the original claimant.

3. _____  Application was not served on U.S. Attorney and U.S. Trustee.

4. _____  Proposed Order not filed by applicant.

5. \_\_X\_\_\_\_\_  Sufficient documentation not provided to allow the Court to determine claimant's entitlement to the unclaimed funds.

6. _____  Other:

Signed    APR 2 6 2013   .

United States Bankruptcy Judge